JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

ANTHONY C. BROWN,

    Plaintiff,

v.

SANDRA HUTCHENS, et al.,

    Defendants.

No. SA CV 15-01497-R (DFM)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 20, 2016

_____
MANUEL L. REAL
United States District Judge